1. * James Lynn O'Hines 197067 * DOB 5-21-65
2. (aka Jackson Malloy K86984) * SSN 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
3. 222 Gina Ave
4. El Cajon Ca 92020
5. * Calif State I.D. card. exp. date 2009
6. * Medical - Medicaid exp date 2009.
7. now at address:  '08 CV 1448 J CAB
8. Box 3400 2 0 40 small Florence -
9. Eyman Browning ASPC Florence
10. Florence Az. 85232.
11. US Central District    / Tri-applicable Venue
12. of Calif. L.A.    9th Circuit Federal District Courts.
13. 312 North Spring St.  Phoenix - Prescott Division(s)
14. Los Angeles Ca    401 W. Washington St. Spc-1 / US Southern
15. 90012  #    Phoenix Az 85003.2118 / District of Calif.
16.                    880 Front Street Ste. 4290
17. James Lynn O'Hines.    San Diego Ca- 92101-8900 #
18.         v.    CASE NO.
19. Gov. Janet Napolitano    "Classified Alert"
20. Warden Toers Bijns    42 USC / 1985.
21. Ombudsman Ontiveros, John.    U.S. Military Armed Forces.
22. Dir of Corr. Dora B. Schriro    Viet Nam Vets "
23. California Governor Arnold Schwarzenegger. et.al.
24.
25.          Title: "Civil Rights Tort"
26. Jurisdictions: Los Angeles Ca. Central / San Diego Southern, /
27. and Phoenix-Prescott Division. Triple Application Atascadero to
28. San Diego to Phoenix Az. See pg 2 et.al. F.R. Civ. P. 5 (a).

                         1

FILED
AUG - 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

2254   1983
FILING FEE PAID
Yes ___  No ✓
IFP MOTION FILED
Yes ✓  No
COPIES SENT TO
Court ___  Pro Se ___

1. USC title 18 former 12   18 USC § 2321   USCS § 801
2. et seq. Anarchy, Domestic Terrorism, subversive
3. action undermining loyalty discipline of morals of
4. Armed forces.
5.      F.R.Civ.P. 5 e), Numerous Defendants. CCPOA Union
6. Officers under <u>Viet Nam Vets</u>* California Correctional peace
7. officer Association, to Arizona Peace Officer Assoc. Union
8.    1. <u>Homosexuality</u> Institutional Classification Committee. I.C.C.
9.    2. <u>Electronic Surveillance.</u> Interstate lines 18 USCS § 2510-2520
10.   3. <u>Mason Lodge(s)</u> laws over Judge, Jury, and Institutions.
11. jails, hospitals.
12.      Atascadero State Hospital Doctors and personnel to
13. San Diego Ca. to Phoenix Az. joint-location for a
14. militant ambush w/ prior obstructions of due process
15. 1986 Vacaville Ca. Ms. View Ca. Alvarado County Militia
16. Auburn Blvd Sacramento Ca. to Phoenix Az 1990's and
17. 2002-2004 to 2008, August. to E.R.D. 2010. #
18.      Parole is an Imminent danger w/ supervisors using
19. Mason Laws. at Elm Street Lodge. Webster Groves Mo.
20. N-Forrest K. of C. "The Thompsons" and B'nai Brith
21. Society w/ St. Thomas of Aquinas Church parish police
22. officers Masonic signal San Diego to Phoenix
23. Sheriff Joe Arpaio son and father <u>Joe & Vic</u>
24. <u>Arpaio.</u>* Union Reverse Racial, Religious, Sexual activity.
25.      The Carters, <u>The Smiths</u>. Alvarado County. Walt
26. Militia <u>The Hendersons.</u> for Allstate Ins. Co. use of
27. Prison Gangs. Mexicans over white-indian plaintiff
28. identified by I.C.C. no major credo. plaintiff

2

1. 2002-2004 to present date <u>Military Cat X</u> program of:
2. the Ventura-Oxnard Parole dept Reg. 4 Calif. Dept. of Corr. Audio
3. hypnosis Atascadero to Florence w/ computer surveillance as
4. individual/professional training, instigational, invasion of domain,
5. has occurred to ensure aural-visual simulations for:
6. video-sexual "antagonistic atmosphere" Calif. to Ariz. at Florence.
7.      (1.) Imminent Dangers
8. Bank of America deposits by "<u>Joe Cole of Allstate Insurance</u>"
9. denied by Atascadero state employees using tracking devices
10. across state lines to force <u>relapse</u> and reincarceration and
11. deny <u>rehabilitation</u> in favor of: "Church over state" P.O.A.
12. Union Conglomerated Voc Rehab Aux Body Reps. "<u>Mexican gangs</u>"
13.      (2.) Conditions of Incarceration(s).
14. Example: Ad-segregation placement = Maricopa County Jail
15. from Booking at Good Samaritan Hospital. Reason for Ad.seg
16. placement <u>Sgt. Harmon</u> on 10/10/04 and I/m claim:
17. "safety in jeopardy" "too popular w/ Parole agents from Calif."
18. (1950s-1960s Joe Dipaolo arm broken by plaintiffs father. *)
19. This popularity results in Alhambra to Buckeye to Florence. <u>injury</u>
20.      (3.) Serious physical injury and trauma.
21. I/m Leg. Right-thigh in 2005 at Buckeye Reception after a
22. "<u>involuntary incarceration indoctrination</u>" of "<u>haircutting</u>" and G.M.B.
23. and/or chloral hydrate drinks of coffee to induce amnesia
24. (just as at CMC east San Luis Obispo in 1994-97 after
25. OJ Simpson homicide innocence; and "<u>David Coles guilt</u>" was
26. established eye wit pet mar Calif.) and create injury claim.
27.      (4). Supervisory Responsibility <u>see pg. 2</u> *
28. Institutional Classification Committee and Internal Affairs Dept.

1. On 8/05 Investigational Lockup orders for Ad-seg placement
2. were signed for 30 days to 90 days by October
3. hospitalization 2004/2005 was once again required and
4. twice in 2005 for: <u>arm and leg injury</u> a.) tattoo
5. burning  a.) <u>syringe assault</u> to cause "Jacobs Ladder"
6. injury while asleep stabbed by David Jimenez, Paul Lupas.
7.    (1.) How did syringe become a weapon?
8. 3 man cell living 1 floor sleeper as: <u>David Jimenez</u> a
9. "<u>Hechon Biker</u>" of <u>Preveos Street Baptist Church in PHX</u>
10. Az. enabled by <u>Church</u> over state defendants see:
11. <u>Hines v. Preveos cv 2008 00031</u> Pinal County Florence
12. Az. <u>10 cc weapon used to cause mothers cancer</u> 3 cc or
13. 1 cc used on <u>daughter at doccorn cadet 6/89 10/89 Catl.</u>
14. Med. Assoc. Norfield 2000 - 2001.
15.    (2.) 2004 10 cc used at location of arrest by
16. Casey Coreman, Lisa Carson, of Security Guard el. Q.
17. Hernandez of Smugglers Santa Barbara to Phoenix Az for
18. Gang fighting w/ Im. (New evidence does apply.) "Silent
19. Witness Ambush" for <u>Ambrosia Allier Smith</u>. K.S. Countryside
20. p.c. and The Henderson of St. Louis Mo. B'nai B'rith Society
21. Tattoo Burning by accession of electronic surveillance for T.L.C.
22. Tony Lavoi company Tattoos in PHX Az. Y. assess to Im.
23.    (3.) Florence: <u>March 2008.</u> after over one yr.
24. good behavior time eligible for time credit restoration and
25. program placement in Tucson Az. of/and work of/and
26. Restorative justice for objective of Rehabilitation two incidents
27. for a delay in pursuit of justice by Y/o's incl: Food and
28. assaults of man at feeding time (s) to suppress felony evidence

4.

1. From 1950's–1960's Joe Arpaio's broken arm by father of
2. plaintiff to Songs Lyrics copyright thefts of Bakersfield
3. bar Dorothy Fox The Travelling Armadillos to the recently
4. to date charges of assaulting staff in March 2008 to
5. deny Liberty Interest return to Oceanside family visit
6. 6/99 /10/99 and 1989 to 1990 Mother in Hospital
7. Continued Injuries
8. Mason Lodge Gay Millions electronic surveillences custody
9. officers of St. Thomas of Aquinis Church parish San Diego
10. to Phoenix Az acting for private interest of Insurance
11. co. Allstate of Kern County called to oppress, obstruct,
12. and suppress the truth of the demand for reasonable justice
13. July 13th to 26th 2008 T.B. shot in Lake arm shown
14. + positive reaction and no medication provided as
15. requested for ear infection antibiotics above a
16. + positive P.C.R. lung and/or Flue sea attack in 2007.
17. "Jimenez familia"
18. Glendale Az provides the supervisory functionaries for
19. cause and injury there to based on Joe & Vic Arpaio's
20. Viet Nam of militia w/ local officers and Narcotics
21. squads to harr the petitioner and petitioner Mother
22. and daughter 1989 – 1999 – 2008 helpless females drugged
23. and delinquently supervised Calif to Az. from Missouri w/ prior
24. behaviors w/ the Henderson Casinos (above as wife sought
25. to create diversion), for: Tom Metzger Church Militias.
26. Request for Relief: T.R.O.s Garnishees of Wages for
27. denial of 3/26/06 Bot P # to speak at Prison Streets
28. Boycotts Church Adverse Domination and custody sought.
July 2008 August 2008   5.   James Lyn O'Heard.

18

§ Certificate of Service & Notice to Respondents by Declarant =

| Phoenix & Prescott Divisions: | OR | Tucson Division: |
|---|---|---|
| U.S. District Court Clerk | | U.S. District Court Clerk |
| U.S. Courthouse, Suite 130 | | U.S. Courthouse, Suite 1500 |
| 401 West Washington Street, SPC 10 | | 405 West Congress Street |
| Phoenix, Arizona 85003-2119 | | Tucson, Arizona 85701-5010 |

7. <u>Change of Address</u>. You must immediately notify the Court and the defendants in writing of any change in your mailing address. **Failure to notify the Court of any change in your mailing address may result in the dismissal of your case.**

8. <u>Certificate of Service</u>. You must furnish the defendants with a copy of any document you submit to the Court (except the initial complaint and application to proceed *in forma pauperis*). Each original document (except the initial complaint and application to proceed *in forma pauperis*) must include a certificate of service on the last page of the document stating the date a copy of the document was mailed to the defendants and the address to which it was mailed. See Fed. R. Civ. P. 5(a), (d). Any document received by the Court that does not include a certificate of service may be stricken. A certificate of service should be in the following form:

Plaintiff James Lynn O'Hines    (aka) Yellow Foxx
I hereby certify that a copy of the foregoing document was mailed
this April-May (month, day, year) to:
Name: Ms. Karla Mehii
Address: 1275 W Washington Phx Az 85007
Attorney for Defendant(s)
James Lynn O'Hines 192067
(Signature)

9. <u>Amended Complaint</u>. If you need to change any of the information in the initial complaint, you must file an amended complaint. The amended complaint must be written on the court-approved civil rights complaint form. You may file one amended complaint without leave (permission) of Court before any defendant has answered your original complaint. See Fed. R. Civ. P. 15(a). After any defendant has filed an answer, you must file a motion for leave to amend and lodge (submit) a proposed amended complaint. LRCiv 15.1. In addition, an amended complaint may not incorporate by reference any part of your prior complaint. LRCiv 15.1(a)(2). **Any allegations or defendants not included in the amended complaint are considered dismissed.** All amended complaints are subject to screening under the Prison Litigation Reform Act; screening your amendment will take additional processing time.

10. <u>Exhibits</u>. You should not submit exhibits with the complaint or amended complaint. Instead, the relevant information should be paraphrased. You should keep the exhibits to use to support or oppose a motion to dismiss, a motion for summary judgment, or at trial.

11. <u>Letters and Motions</u>. It is generally inappropriate to write a letter to any judge or the staff of any judge. The only appropriate way to communicate with the Court is by filing a written pleading or motion. Calif Dept of Corr. tele. 916-324-2841 #

And Criminal Appeals Division 202(c)2 Street San Diego Ca 92101 Atty Gen.

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

James Lynn O'Hines

**DEFENDANTS**

Napolitano, et al

FILED
AUG - 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY R.M.   DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
(IN U.S. PLAINTIFF CASES ONLY)
IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

James Lynn O'Hines
PO Box 3400
Florence, AZ 85232
197067

**ATTORNEYS (IF KNOWN)**

'08 CV 1448 J CAB

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX (For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

42 U.S.C. 1983

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 650 Airline Regs | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 862 Black Lung (923) | |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | LABOR | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appelate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23   DEMAND $   Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):   JUDGE   Docket Number

DATE   8/7/2008

SIGNATURE OF ATTORNEY OF RECORD
R. Melly