James Lyon O'Aires
PLAINTIFF/PETITIONER/MOVANT'S NAME
197067 K86489 Malloy
PRISON NUMBER
Jackson alias - Parolleer
Florence State prison = ASH
PLACE OF CONFINEMENT
by state to state agencies Web site
Box 8400 Florence Az 85232
ADDRESS

2254 1983
FILING FEE PAID
Yes No
IFP MOTION FILED
Yes No
COPIES SENT TO
Court ProSe

FILED
AUG - 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

# United States District Court

## Southern District Of California

James Lynn Aires 197067
Jackson Malloy K86489,
Plaintiff/Petitioner/Movant

v.

Ybero Bijns Ontiveros, Schiro
Napolitano, Shwarzenegger,
Defendant/Respondent

Civil No. '08 CV 1448 J CAB
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, James Lynn O'Aires 197067 aka Malloy Jackson K86489, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**

1. Are you currently incarcerated? ☒ Yes ☐ No (If "No" go to question 2)
   If "Yes," state the place of your incarceration Florence
   Are you employed at the institution? ☐ Yes ☒ No
   Do you receive any payment from the institution? ☐ Yes ☒ No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

2. Are you currently employed? ☑ Yes ☐ No

a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. Robert Dayberry Uncle Nenry's M Kts' Health Food Stores. U.S. of A. 19 to 24 % stocks, shares in equity. Frawcorporate Ø

b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. Ø Steve Montague Maintenance : San Diego Ca. Sept. 12 approx. 44.$ a day Golden Hills Neighborhood.

3. In the past twelve months have you received any money from any of the following sources?:

a. Business, profession or other self-employment ☑ Yes ☐ No
b. Rent payments, royalties interest or dividends ☑ Yes ☐ No
c. Pensions, annuities or life insurance ☑ Yes ☐ No [within last 30 days]
d. Disability or workers compensation ☐ Yes ☑ No
e. Social Security, disability or other welfare ☑ Yes ☑ No [prison/indigent supplies]
e. Gifts or inheritances ☑ Yes ☐ No [tens of dollars 1 $]
f. Spousal or child support ☐ Yes ☑ No explanation on trust
g. Any other sources ☑ Yes ☐ No Ledger Balance sheet

If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month. Use Cole Uncle Cole Acres B of A deposits Harvest of 5 acres 1874 to 3/26/06 ancestral marble amount - HMO - Allstate UCC-9-104 (6) Real estate 500,000.00 "The Smiths."

4. Do you have any checking account(s)? ☐ Yes ☑ No

a. Name(s) and address(es) of bank(s): ______

b. Present balance in account(s): ______

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☑ No

a. Name(s) and address(es) of bank(s): ______

b. Present balance in account(s): ______

6. Do you own an automobile or other motor vehicle? ☐ Yes ☑ No

a. Make: ______ Year: ______ Model: ______

b. Is it financed? ☐ Yes ☐ No

c. If so, what is the amount owed? ______

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?

☑ Yes ☐ No

If "Yes" describe the property and state its value (5) Five acres Moultrie County Illinois Native Indian Wild Life Refuge and/or Cole Dalen Dalton City Illinois.

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. Children personal - Father J. Daniel Hines Senior Citizen - 2 Brother HIV+ w/ dso-diagnosis C. Daniel Hines.

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): Children Matthew Hov. Kimberlee. Jasmine Dougherty U. Michelle Colbert.

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]) Sonya / Lyric Brittany St. Louis Mo. GTP impound. (en) *Sonya / Lyric Brittany pho Az Agg. Assault. (en) *Keith Urban ©. 1985 to 2004. Kurt Kalin ©- ditto story of Forensics w/ proof of theory. and evidence of eye wit status.

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses. Enclosed as Indigent Welfare 2 S. [illegible]. approx 10.00 a mo. w/ any Legal supplies and/or Medical assistance w/ hygiene items - soap - shampoo toothpaste.

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

June / July 2008
DATE

[signature]
SIGNATURE OF APPLICANT

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement</u>.

## PRISON CERTIFICATE

**(Incarcerated applicants only)**

(To be completed by the institution of incarceration)

I certify that the applicant Oumeo Lynn O' Hines 197067, Last Malloy - 197067 First K86489 - Jackson,
(NAME OF INMATE)

(INMATE'S CDC NUMBER)

has the sum of $________ on account to his/her credit at Smott Florence State prison Lyman Complex.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities as stated.

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's ***average monthly balance*** was $ 6.00 to,

and the ***average monthly deposits*** to the applicant's account was $ 6.00 to.

<u>ALL PRISONERS *MUST* ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

06/11/08
DATE

DFord
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

DFord
OFFICER'S FULL NAME (PRINTED)

COIII
OFFICER'S TITLE/RANK

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
**(Incarcerated applicants only)**

(This form **MUST** be completed by the prisoner requesting to proceed in forma pauperis. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed in forma pauperis.)

I, James Lynn D'[illegible], request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☑ $350 (civil complaint) or ~~☐ $5 (ha~~beas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

[signature] / July 2008
DATE

[signature] 197067
SIGNATURE OF PRISONER

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Letter**

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Hinds James (L) | 197067 | Florence Eyman Browning | 7/28/08 |

| To: | Location |
|---|---|
| Padilla Inmate Banking # | 1 D 40 SMU II |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I request 6 mo. print out w/ computer notice please. thank you.

12 Screen Prints, page # indicated in Red in upper left Hand corner.

| Inmate Signature | Date |
|---|---|
| James Lynn Hinds | 7/28/08 |

Have You Discussed This With Institution Staff? ☑ Yes ☐ No

If yes, give the staff member's name: C/O Ford. told me to ask you.

07/28/08 07:54:36
PAGE 3

BK03 0 197067 20080128
DOCPCICS-C DISP
ADC#: 197067 -
For : HINES, JAMES L.

Arizona Department Of Corrections
Inmate Bank Account
Loc: A21 ASPC-E BROWNING UNIT

From: 20080701
To:

| Post Dte | Batch# | Item | D/W Date | Type | Amount | Refrnc | Remitter |
|---|---|---|---|---|---|---|---|
| 20080125 | A21451 | 0016 | 20080125 | POST N/L-H | .41 | A21 | POSTAGE |
| 20080125 | A21451 | 0018 | 20080125 | POST N/L-H | .41 | A21 | POSTAGE |
| 20080128 | A21458 | 0001 | 20080128 | COPY LGL-H | 25.10 | A21 | LEGAL COPIES |
| 20080128 | A21457 | 0003 | 20080128 | POST LGL-H | 1.65 | A21 | LEGAL POSTAGE |
| 20080128 | A21462 | 0003 | 20080128 | POST N/L-H | .75 | A21 | POSTAGE |
| 20080128 | A21456 | 0008 | 20080128 | POST N/L-H | 4.60 | A21 | POSTAGE |
| 20080128 | A21456 | 0009 | 20080128 | POST N/L-H | 5.30 | A21 | POSTAGE |
| 20080128 | A21456 | 0010 | 20080128 | POST N/L-H | .92 | A21 | POSTAGE |
| 20080205 | A21464 | 0005 | 20080205 | POST LGL-H | .41 | A21 | LEGAL POSTAGE |
| 20080205 | A21464 | 0009 | 20080205 | POST LGL-H | .41 | A21 | LEGAL POSTAGE |
| 20080207 | A21468 | 0005 | 20080207 | POST N/L-H | .41 | A21 | POSTAGE |
| 20080207 | A21468 | 0007 | 20080207 | POST N/L-H | .41 | A21 | POSTAGE |
| 20080219 | A21492 | 0019 | 20080219 | POST N/L-H | .41 | A21 | POSTAGE |
| 20080219 | A21492 | 0020 | 20080219 | POST N/L-H | .41 | A21 | POSTAGE |
| 20080220 | A21498 | 0013 | 20080220 | HEALTH - H | 3.00 | A21 | MEDICAL 1-4-08 |

Bgn Bal: 15.00 Current Bal: 0.33 Spendable Bal: 0.00

MORE...

07/28/08 07:54:55
PAGE 3

BK03 0 197067 20080128
DOCPCICS-C DISP
ADC#: 197067 -
For : HINES, JAMES L.

Arizona Department Of Corrections
Inmate Bank Account
Loc: A21 ASPC-E BROWNING UNIT

From: 20080701
To:

2

| Post Dte | Batch# | Item | D/W Date | Type | Amount | Refrnc | Remitter |
|---|---|---|---|---|---|---|---|
| 20080220 | A21498 | 0013 | 20080220 | HEALTH - H | 3.00 | A21 | MEDICAL 1-4-08 |
| 20080220 | A21498 | 0039 | 20080220 | HEALTH - H | 3.00 | A21 | MEDICAL 1-23-08 |
| 20080220 | A21497 | 0077 | 20080220 | HEALTH - H | 3.00 | A21 | MEDICAL 12-18-07 |
| 20080225 | A21258 | 0001 | 20080225 | COPY LGL-H | 43.90 | A21 | LEGAL COPIES |
| 20080304 | A21264 | 0011 | 20080304 | POST LGL-H | 2.67 | A21 | LEGAL POSTAGE |
| 20080304 | A21264 | 0014 | 20080304 | POST LGL-H | .58 | A21 | LEGAL POSTAGE |
| 20080304 | A21264 | 0015 | 20080304 | POST LGL-H | .58 | A21 | LEGAL POSTAGE |
| 20080304 | A21264 | 0016 | 20080304 | POST LGL-H | .75 | A21 | LEGAL POSTAGE |
| 20080304 | A21264 | 0017 | 20080304 | POST LGL-H | .75 | A21 | LEGAL POSTAGE |
| 20080304 | A21264 | 0018 | 20080304 | POST LGL-H | 1.48 | A21 | LEGAL POSTAGE |
| 20080304 | A21264 | 0019 | 20080304 | POST LGL-H | 1.31 | A21 | LEGAL POSTAGE |
| 20080304 | A21264 | 0020 | 20080304 | POST LGL-H | 1.48 | A21 | LEGAL POSTAGE |
| 20080307 | A21273 | 0004 | 20080307 | COPY LGL-H | 29.60 | A21 | LEGAL SUPPLIES |
| 20080307 | A21271 | 0012 | 20080307 | LGL SUPL-H | 2.88 | A21 | LEGAL SUPPLIES |
| 20080314 | A21278 | 0001 | 20080314 | POST N/L-H | .75 | A21 | POSTAGE |

Bgn Bal: 15.00 Current Bal: 0.33 Spendable Bal: 0.00

MORE...

BK03 0 197067 20080128 07/28/08 07:55:10
DOCPCICS-C DISP Arizona Department Of Corrections PAGE 3
ADC#: 197067 - Inmate Bank Account From: 20080701
For : HINES, JAMES L. Loc: A21 ASPC-E BROWNING UNIT To:

3

| Post Dte | Batch# | Item | D/W Date | Type | Amount | Refrnc | Remitter |
|---|---|---|---|---|---|---|---|
| 20080314 | A21278 | 0001 | 20080314 | POST N/L-H | .75 | A21 | POSTAGE |
| 20080314 | A21278 | 0003 | 20080314 | POST N/L-H | .75 | A21 | POSTAGE |
| 20080314 | A21278 | 0004 | 20080314 | POST N/L-H | .75 | A21 | POSTAGE |
| 20080324 | A21289 | 0003 | 20080324 | POST LGL-H | .41 | A21 | LEGAL POSTAGE |
| 20080324 | A21289 | 0005 | 20080324 | POST LGL-H | .75 | A21 | LEGAL POSTAGE |
| 20080324 | A21289 | 0006 | 20080324 | POST LGL-H | .75 | A21 | LEGAL POSTAGE |
| 20080324 | A21289 | 0007 | 20080324 | POST LGL-H | .41 | A21 | LEGAL POSTAGE |
| 20080324 | A21290 | 0011 | 20080324 | POST N/L-H | .58 | A21 | POSTAGE |
| 20080325 | A21292 | 0005 | 20080325 | POST LGL-H | .41 | A21 | LEGAL POSTAGE |
| 20080325 | A21292 | 0006 | 20080325 | POST LGL-H | .41 | A21 | LEGAL POSTAGE |
| 20080331 | A21301 | 0002 | 20080331 | POST N/L-H | .41 | A21 | POSTAGE |
| 20080402 | A21307 | 0002 | 20080402 | POST N/L-H | .41 | A21 | POSTAGE |
| 20080407 | A21311 | 0001 | 20080407 | POST LGL-H | .82 | A21 | LEGAL POSTAGE |
| 20080407 | A21309 | 0005 | 20080407 | LGL SUPL-H | 2.88 | A21 | LEGAL SUPPLIES |
| 20080414 | A21312 | 0006 | 20080414 | POST LGL-H | .58 | A21 | LEGAL POSTAGE |

Bgn Bal: 15.00 Current Bal: 0.33 Spendable Bal: 0.00
MORE...

BK03 0 197067 20080128 07/28/08 07:55:21
DOCPCICS-C DISP Arizona Department Of Corrections PAGE 3
ADC#: 197067 - Inmate Bank Account From: 20080701
For : HINES, JAMES L. Loc: A21 ASPC-E BROWNING UNIT To:

4

| Post Dte | Batch# | Item | D/W Date | Type | Amount | Refrnc | Remitter |
|---|---|---|---|---|---|---|---|
| 20080414 | A21312 | 0006 | 20080414 | POST LGL-H | .58 | A21 | LEGAL POSTAGE |
| 20080414 | A21312 | 0008 | 20080414 | POST LGL-H | .75 | A21 | LEGAL POSTAGE |
| 20080414 | A21312 | 0009 | 20080414 | POST LGL-H | 1.31 | A21 | LEGAL POSTAGE |
| 20080414 | A21312 | 0010 | 20080414 | POST LGL-H | 1.99 | A21 | LEGAL POSTAGE |
| 20080414 | A21313 | 0034 | 20080414 | POST N/L-H | 2.16 | A21 | POSTAGE |
| 20080414 | A21313 | 0035 | 20080414 | POST N/L-H | 1.99 | A21 | POSTAGE |
| 20080414 | A21313 | 0036 | 20080414 | POST N/L-H | 1.31 | A21 | POSTAGE |
| 20080414 | A21313 | 0040 | 20080414 | POST N/L-H | 1.14 | A21 | POSTAGE |
| 20080418 | A21314 | 0005 | 20080418 | LGL SUPL-H | 2.88 | A21 | LEGAL SUPPLIES |
| 20080421 | A21317 | 0001 | 20080421 | POST LGL-H | .41 | A21 | LEGAL POSTAGE |
| 20080421 | A21317 | 0002 | 20080421 | POST LGL-H | 1.31 | A21 | LEGAL POSTAGE |
| 20080421 | A21317 | 0003 | 20080421 | POST LGL-H | .58 | A21 | LEGAL POSTAGE |
| 20080421 | A21317 | 0005 | 20080421 | POST LGL-H | 1.14 | A21 | LEGAL POSTAGE |
| 20080421 | A21317 | 0006 | 20080421 | POST LGL-H | .75 | A21 | LEGAL POSTAGE |
| 20080421 | A21317 | 0007 | 20080421 | POST LGL-H | .58 | A21 | LEGAL POSTAGE |

Bgn Bal: 15.00 Current Bal: 0.33 Spendable Bal: 0.00
MORE...

BK03 0 197067 20080128 07/28/08 07:56:00
DOCPCICS-C DISP Arizona Department Of Corrections PAGE 3
ADC#: 197067 - Inmate Bank Account From: 20080701
For : HINES, JAMES L. Loc: A21 ASPC-E BROWNING UNIT To:

| Post Dte | Batch# | Item | D/W Date | Type | | Amount | Refrnc | Remitter |
|---|---|---|---|---|---|---|---|---|
| 20080421 | A21317 | 0007 | 20080421 | POST | LGL-H | .58 | A21 | LEGAL POSTAGE |
| 20080421 | A21317 | 0008 | 20080421 | POST | LGL-H | .58 | A21 | LEGAL POSTAGE |
| 20080421 | A21317 | 0011 | 20080421 | POST | LGL-H | 1.31 | A21 | LEGAL POSTAGE |
| 20080421 | A21317 | 0012 | 20080421 | POST | LGL-H | 1.48 | A21 | LEGAL POSTAGE |
| 20080421 | A21317 | 0013 | 20080421 | POST | LGL-H | 1.82 | A21 | LEGAL POSTAGE |
| 20080422 | A21320 | 0002 | 20080422 | POST | LGL-H | 5.30 | A21 | LEGAL POSTAGE |
| 20080422 | A21320 | 0003 | 20080422 | POST | LGL-H | .41 | A21 | LEGAL POSTAGE |
| 20080424 | A21323 | 0003 | 20080424 | POST | LGL-H | .58 | A21 | LEGAL POSTAGE |
| 20080428 | A21329 | 0006 | 20080428 | COPY | LGL-H | 37.00 | A21 | LEGAL COPIES |
| 20080428 | A21329 | 0012 | 20080428 | COPY | LGL-H | 43.30 | A21 | LEGAL COPIES |
| 20080430 | A21331 | 0001 | 20080430 | POST | LGL-H | 1.33 | A21 | LEGAL POSTAGE |
| 20080430 | A21331 | 0002 | 20080430 | POST | LGL-H | .75 | A21 | LEGAL POSTAGE |
| 20080430 | A21331 | 0003 | 20080430 | POST | LGL-H | .58 | A21 | LEGAL POSTAGE |
| 20080430 | A21331 | 0004 | 20080430 | POST | LGL-H | .75 | A21 | LEGAL POSTAGE |
| 20080430 | A21331 | 0005 | 20080430 | POST | LGL-H | .75 | A21 | LEGAL POSTAGE |

Bgn Bal: 15.00 Current Bal: 0.33 Spendable Bal: 0.00
MORE...

BK03 0 197067 20080128 07/28/08 07:56:25
DOCPCICS-C DISP Arizona Department Of Corrections PAGE 3
ADC#: 197067 - Inmate Bank Account From: 20080701
For : HINES, JAMES L. Loc: A21 ASPC-E BROWNING UNIT To:

| Post Dte | Batch# | Item | D/W Date | Type | | Amount | Refrnc | Remitter |
|---|---|---|---|---|---|---|---|---|
| 20080430 | A21331 | 0005 | 20080430 | POST | LGL-H | .75 | A21 | LEGAL POSTAGE |
| 20080430 | A21331 | 0008 | 20080430 | POST | LGL-H | .75 | A21 | LEGAL POSTAGE |
| 20080505 | A21333 | 0001 | 20080505 | POST | LGL-H | .58 | A21 | LEGAL POSTAGE |
| 20080505 | A21333 | 0006 | 20080505 | POST | LGL-H | .41 | A21 | LEGAL POSTAGE |
| 20080505 | A21333 | 0007 | 20080505 | POST | LGL-H | .41 | A21 | LEGAL POSTAGE |
| 20080505 | A21333 | 0010 | 20080505 | POST | LGL-H | .75 | A21 | LEGAL POSTAGE |
| 20080505 | A21333 | 0011 | 20080505 | POST | LGL-H | .92 | A21 | LEGAL POSTAGE |
| 20080505 | A21333 | 0013 | 20080505 | POST | LGL-H | 1.65 | A21 | LEGAL POSTAGE |
| 20080505 | A21333 | 0015 | 20080505 | POST | LGL-H | .75 | A21 | LEGAL POSTAGE |
| 20080505 | A21334 | 0008 | 20080505 | POST | N/L-H | 1.14 | A21 | POSTAGE |
| 20080505 | A21334 | 0010 | 20080505 | POST | N/L-H | .58 | A21 | POSTAGE |
| 20080505 | A21334 | 0017 | 20080505 | POST | N/L-H | .58 | A21 | POSTAGE |
| 20080505 | A21334 | 0027 | 20080505 | POST | N/L-H | .58 | A21 | POSTAGE |
| 20080505 | A21334 | 0028 | 20080505 | POST | N/L-H | .75 | A21 | POSTAGE |
| 20080506 | A21336 | 0001 | 20080506 | POST | LGL-H | .75 | A21 | LEGAL POSTAGE |

Bgn Bal: 15.00 Current Bal: 0.33 Spendable Bal: 0.00
MORE...

BK03 0 197067 20080128 07/28/08 07:57:01
DOCPCICS-C DISP Arizona Department Of Corrections PAGE 3
ADC#: 197067 - Inmate Bank Account From: 20080701
For : HINES, JAMES L. Loc: A21 ASPC-E BROWNING UNIT To:

| Post Dte | Batch# | Item | D/W Date | Type | Amount | Refrnc | Remitter |
|---|---|---|---|---|---|---|---|
| 20080523 | A21362 | 0016 | 20080523 | POST N/L-H | .59 | A21 | POSTAGE |
| 20080523 | A21362 | 0017 | 20080523 | POST N/L-H | 1.51 | A21 | POSTAGE |
| 20080523 | A21362 | 0019 | 20080523 | POST N/L-H | .42 | A21 | POSTAGE |
| 20080523 | A21362 | 0020 | 20080523 | POST N/L-H | .42 | A21 | POSTAGE |
| 20080523 | A21362 | 0021 | 20080523 | POST N/L-H | .42 | A21 | POSTAGE |
| 20080523 | A21362 | 0022 | 20080523 | POST N/L-H | .42 | A21 | POSTAGE |
| 20080603 | A21369 | 0006 | 20080603 | POST LGL-H | .76 | A21 | LEGAL POSTAGE |
| 20080603 | A21368 | 0022 | 20080603 | POST N/L-H | .42 | A21 | POSTAGE |
| 20080604 | A08319 | 0007 | 20080604 | POST N/L-H | .59 | A08 | POSTAGE |
| 20080613 | A21377 | 0001 | 20080613 | COPY N/L-H | 38.80 | A21 | COPIES |
| 20080613 | A21380 | 0009 | 20080613 | POST N/L-H | .59 | A21 | POSTAGE |
| 20080613 | A21379 | 0003 | 20080613 | LGL SUPL-H | 2.88 | A21 | LEGAL SUPPLIES |
| 20080617 | A21386 | 0001 | 20080617 | POST LGL-H | 1.34 | A21 | LEGAL POSTAGE |
| 20080617 | A21386 | 0003 | 20080617 | POST LGL-H | 1.51 | A21 | LEGAL POSTAGE |
| 20080617 | A21386 | 0004 | 20080617 | POST LGL-H | .76 | A21 | LEGAL POSTAGE |

Bgn Bal: 15.00 Current Bal: 0.33 Spendable Bal: 0.00
MORE...

BK03 0 197067 20080128 07/28/08 07:56:48
DOCPCICS-C DISP Arizona Department Of Corrections PAGE 3
ADC#: 197067 - Inmate Bank Account From: 20080701
For : HINES, JAMES L. Loc: A21 ASPC-E BROWNING UNIT To:

| Post Dte | Batch# | Item | D/W Date | Type | Amount | Refrnc | Remitter |
|---|---|---|---|---|---|---|---|
| 20080506 | A21336 | 0001 | 20080506 | POST LGL-H | .75 | A21 | LEGAL POSTAGE |
| 20080506 | A21336 | 0002 | 20080506 | POST LGL-H | .58 | A21 | LEGAL POSTAGE |
| 20080506 | A21336 | 0003 | 20080506 | POST LGL-H | .75 | A21 | LEGAL POSTAGE |
| 20080506 | A21336 | 0006 | 20080506 | POST LGL-H | .58 | A21 | LEGAL POSTAGE |
| 20080506 | A21336 | 0008 | 20080506 | POST LGL-H | .58 | A21 | LEGAL POSTAGE |
| 20080506 | A21337 | 0003 | 20080506 | POST N/L-H | .58 | A21 | POSTAGE |
| 20080506 | A21337 | 0011 | 20080506 | POST N/L-H | .75 | A21 | POSTAGE |
| 20080506 | A21337 | 0012 | 20080506 | POST N/L-H | .41 | A21 | POSTAGE |
| 20080512 | A21343 | 0006 | 20080512 | COPY LGL-H | 21.30 | A21 | LEGAL COPIES |
| 20080512 | A21345 | 0011 | 20080512 | LGL SUPL-H | 2.88 | A21 | LEGAL SUPPLIES |
| 20080523 | A21361 | 0003 | 20080523 | POST LGL-H | .59 | A21 | LEGAL POSTAGE |
| 20080523 | A21361 | 0004 | 20080523 | POST LGL-H | 1.51 | A21 | LEGAL POSTAGE |
| 20080523 | A21361 | 0005 | 20080523 | POST LGL-H | .42 | A21 | LEGAL POSTAGE |
| 20080523 | A21362 | 0014 | 20080523 | POST N/L-H | .59 | A21 | POSTAGE |
| 20080523 | A21362 | 0016 | 20080523 | POST N/L-H | .59 | A21 | POSTAGE |

Bgn Bal: 15.00 Current Bal: 0.33 Spendable Bal: 0.00
MORE...

BK03 0 197067 20080128 07/28/08 07:57:17
DOCPCICS-C DISP Arizona Department Of Corrections PAGE 3
ADC#: 197067 - Inmate Bank Account From: 20080701
For : HINES, JAMES L. Loc: A21 ASPC-E BROWNING UNIT To:

9

| Post Dte | Batch# | Item | D/W Date | Type | | Amount | Refrnc | Remitter |
|---|---|---|---|---|---|---|---|---|
| 20080617 | A21386 | 0004 | 20080617 | POST | LGL-H | .76 | A21 | LEGAL POSTAGE |
| 20080617 | A21386 | 0005 | 20080617 | POST | LGL-H | 1.85 | A21 | LEGAL POSTAGE |
| 20080617 | A21387 | 0003 | 20080617 | POST | N/L-H | 1.34 | A21 | POSTAGE |
| 20080617 | A21387 | 0006 | 20080617 | POST | N/L-H | .99 | A21 | POSTAGE |
| 20080619 | A21388 | 0001 | 20080619 | POST | LGL-H | .42 | A21 | LEGAL POSTAGE |
| 20080623 | A21394 | 0002 | 20080623 | POST | LGL-H | .42 | A21 | LEGAL POSTAGE |
| 20080623 | A21395 | 0019 | 20080623 | POST | N/L-H | .42 | A21 | POSTAGE |
| 20080625 | A21397 | 0002 | 20080625 | POST | LGL-H | .59 | A21 | LEGAL POSTAGE |
| 20080625 | A21397 | 0003 | 20080625 | POST | LGL-H | .42 | A21 | LEGAL POSTAGE |
| 20080701 | A21403 | 0002 | 20080701 | POST | LGL-H | .42 | A21 | LEGAL POSTAGE |
| 20080701 | A21403 | 0003 | 20080701 | POST | LGL-H | .59 | A21 | LEGAL POSTAGE |
| 20080701 | A21404 | 0013 | 20080701 | POST | N/L-H | 4.80 | A21 | POSTAGE |
| 20080701 | A21404 | 0014 | 20080701 | POST | N/L-H | 4.80 | A21 | POSTAGE |
| 20080701 | A21404 | 0015 | 20080701 | POST | N/L-H | 1.85 | A21 | POSTAGE |
| 20080701 | A21404 | 0016 | 20080701 | POST | N/L-H | 2.19 | A21 | POSTAGE |

Bgn Bal: 15.00 Current Bal: 0.33 Spendable Bal: 0.00
MORE...

07/28/08 07:57:34
BK03 0 197067 20080128 PAGE 3
DOCPCICS-C DISP Arizona Department Of Corrections From: 20080701
ADC#: 197067 - Inmate Bank Account To:
For : HINES, JAMES L. Loc: A21 ASPC-E BROWNING UNIT

10

| Post Dte | Batch# | Item | D/W Date | Type | | Amount | Refrnc | Remitter |
|---|---|---|---|---|---|---|---|---|
| 20080701 | A21404 | 0016 | 20080701 | POST | N/L-H | 2.19 | A21 | POSTAGE |
| 20080701 | A21404 | 0017 | 20080701 | POST | N/L-H | 2.53 | A21 | POSTAGE |
| 20080701 | A21404 | 0019 | 20080701 | POST | N/L-H | .59 | A21 | POSTAGE |
| 20080701 | A21404 | 0029 | 20080701 | POST | N/L-H | .42 | A21 | POSTAGE |
| 20080708 | A21406 | 0006 | 20080708 | COPY | LGL-H | 79.60 | A21 | LEGAL COPIES |
| 20080708 | A21408 | 0001 | 20080708 | POST | LGL-H | .42 | A21 | LEGAL POSTAGE |
| 20080708 | A21408 | 0002 | 20080708 | POST | LGL-H | .59 | A21 | LEGAL POSTAGE |
| 20080708 | A21408 | 0004 | 20080708 | POST | LGL-H | .42 | A21 | LEGAL POSTAGE |
| 20080708 | A21408 | 0005 | 20080708 | POST | LGL-H | .59 | A21 | LEGAL POSTAGE |
| 20080708 | A21408 | 0006 | 20080708 | POST | LGL-H | .42 | A21 | LEGAL POSTAGE |
| 20080708 | A21408 | 0008 | 20080708 | POST | LGL-H | .59 | A21 | LEGAL POSTAGE |
| 20080708 | A21408 | 0009 | 20080708 | POST | LGL-H | .59 | A21 | LEGAL POSTAGE |
| 20080708 | A21409 | 0028 | 20080708 | POST | N/L-H | 1.68 | A21 | POSTAGE |
| 20080708 | A21407 | 0005 | 20080708 | LGL | SUPL-H | 2.88 | A21 | LEGAL SUPPLIES |
| 20080711 | A21415 | 0006 | 20080711 | POST | LGL-H | .59 | A21 | LEGAL POSTAGE |

Bgn Bal: 15.00 Current Bal: 0.33 Spendable Bal: 0.00
MORE...

BK03 0 197067 20080128 — 07/28/08 07:58:32
DOCPCICS-C DISP — Arizona Department Of Corrections — PAGE 3
ADC#: 197067 - — Inmate Bank Account — From: 20080701
For : HINES, JAMES L. — Loc: A21 ASPC-E BROWNING UNIT — To:

12

| Post Dte | Batch# | Item | D/W Date | Type | Amount | Refrnc | Remitter |
|---|---|---|---|---|---|---|---|
| 20080723 | A21427 | 0002 | 20080723 | POST LGL-H | .42 | A21 | LEGAL POSTAGE |
| 20080723 | A21427 | 0004 | 20080723 | POST LGL-H | .59 | A21 | LEGAL POSTAGE |

Bgn Bal: 15.00 Current Bal: 0.33 Spendable Bal: 0.00
END OF DATA

BK03 0 197067 20080128 — 07/28/08 07:57:54
DOCPCICS-C DISP — Arizona Department Of Corrections — PAGE 3
ADC#: 197067 - — Inmate Bank Account — From: 20080701
For : HINES, JAMES L. — Loc: A21 ASPC-E BROWNING UNIT — To:

11

| Post Dte | Batch# | Item | D/W Date | Type | Amount | Refrnc | Remitter |
|---|---|---|---|---|---|---|---|
| 20080711 | A21415 | 0006 | 20080711 | POST LGL-H | .59 | A21 | LEGAL POSTAGE |
| 20080715 | A21419 | 0002 | 20080715 | POST LGL-H | 1.68 | A21 | LEGAL POSTAGE |
| 20080718 | A21423 | 0003 | 20080718 | COPY LGL-H | 25.90 | A21 | LEGAL COPIES |
| 20080718 | A21421 | 0002 | 20080718 | POST LGL-H | 1.00 | A21 | LEGAL POSTAGE |
| 20080718 | A21421 | 0004 | 20080718 | POST LGL-H | .76 | A21 | LEGAL POSTAGE |
| 20080718 | A21421 | 0005 | 20080718 | POST LGL-H | .59 | A21 | LEGAL POSTAGE |
| 20080718 | A21421 | 0006 | 20080718 | POST LGL-H | .59 | A21 | LEGAL POSTAGE |
| 20080718 | A21421 | 0008 | 20080718 | POST LGL-H | 1.34 | A21 | LEGAL POSTAGE |
| 20080718 | A21421 | 0009 | 20080718 | POST LGL-H | 1.51 | A21 | LEGAL POSTAGE |
| 20080718 | A21421 | 0013 | 20080718 | POST LGL-H | .59 | A21 | LEGAL POSTAGE |
| 20080718 | A21421 | 0014 | 20080718 | POST LGL-H | .76 | A21 | LEGAL POSTAGE |
| 20080718 | A21421 | 0015 | 20080718 | POST LGL-H | .76 | A21 | LEGAL POSTAGE |
| 20080718 | A21421 | 0016 | 20080718 | POST LGL-H | 1.85 | A21 | LEGAL POSTAGE |
| 20080723 | A21427 | 0001 | 20080723 | POST LGL-H | .42 | A21 | LEGAL POSTAGE |
| 20080723 | A21427 | 0002 | 20080723 | POST LGL-H | .42 | A21 | LEGAL POSTAGE |

Bgn Bal: 15.00 Current Bal: 0.33 Spendable Bal: 0.00
MORE...