# UNITED STATES DISTRICT COURT

### Southern District of California

James Lynn O'Hines

                        Plaintiff,

v.                                          Case No.: 3:08–cv–01448–J–CAB
                                                  Judge  Napoleon A. Jones Jr.

Janet Napolitano, et al.

                        Defendant.

### JUDGMENT IN A CIVIL CASE

_____    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED The Court hereby denies Plaintiff's Motion to Proceed In Forma Pauperis and Dismisses this action without prejudice

                                                                        W. Samuel Hamrick, Jr.,
                                                                              Clerk of the Court

Date: 8/18/08

                                                            By: s/ A. Swofford–Wooden, Deputy Clerk

                                                                     ENTERED ON: August 18, 2008